**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No: 6:18-cv-1346-Orl-40TBS

NET ONE INTERNATIONAL, INC.,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Request for Entry of Default Judgment by Clerk Under Rule 55(b)(1) (Doc. 13) filed on February 26, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 4, 2019 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Request for Entry of Default Judgment by Clerk Under Rule 55(b)(1) (Doc. 13) is **DENIED WITHOUT PREJUDICE**.

**3.** Plaintiff may have thirty (30) days to supplement the record.

**DONE AND ORDERED** in Orlando, Florida on March 19, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties